MINUTE ENTRY          10:10 a.m.

UNITED STATES OF AMERICA -v- JOEY C. DUENAS

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  BRUCE BERLINE, ATTORNEY FOR DEFENDANT
  JOEY C. DUENAS, DEFENDANT

PROCEEDINGS:   REVOCATION HEARING

Defendant appeared with court appointed counsel, Attorney Bruce Berline. Government was represented by Timothy Moran, AUSA. Also present was U. S. Probation Officer, Margarita Wonenberg.

Government stated that this matter was before the Court on a violation. Attorney Berline stated that the defendant admitted to some of the violations.

Government moved to have the defendant's supervised release revoked. Attorney Berline argued on behalf of the defendant.

Court, after hearing argument, ordered that the defendant obtain full time employment within two weeks (June 30, 2005); that the defendant complete all reports due to the U.S. Probation Office within two weeks (June 30, 2005). Further, Court ordered that there be one additional condition that he not consume ANY alcohol within this two week period.

Court ordered that the defendant remain on supervised release with the additional conditions.

        Adj. at 10:25 a.m.


;
Applies to: DFT Duenas, Joey Carbera [KLL EOD 06/15/2005]