MINUTE ENTRY         10:10 a.m.

UNITED STATES OF AMERICA -v- JOEY C. DUENAS

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
   BRUCE BERLINE, ATTORNEY FOR DEFENDANT
   JOEY C. DUENAS, DEFENDANT

PROCEEDINGS:   REVOCATION HEARING

 Defendant appeared with court appointed counsel, Attorney Bruce Berline. Government was represented by Timothy Moran, AUSA. Also present was U. S. Probation Officer, Margarita Wonenberg.

 Government stated that this matter was before the Court on a continued revocation hearing. Attorney Berline stated that the defendant still had not found a job as of this date.

 Government moved to have the defendant's supervised release revoked. Attorney Berline argued on behalf of the defendant and recommended six months imprisonment.

 In accordance with the Sentencing Reform Act of 1984, it is the judgment of the Court that supervised release be revoked, pursuant to 18 U.S.C. §3583(e)(3) and U.S.S.G. §7B1.3(a)(2), and that Joey C. Duenas be sentenced to serve a term of imprisonment of eight months. While in prison, it is the highest recommendation of the Court that he participate in program to obtain his general education diploma and any vocational programs offered. A term of supervised release will not be reimposed.

 Defendant was remanded into the custody of the U.S. Marshal.

    Adj. at 10:40 a.m.

;   [ACH EOD 07/01/2005]